```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION

ROBERT M. KRUTKO,

         Plaintiff,
    vs.                              Civil Action 2:11-cv-610
                                     Judge Marbley
                                     Magistrate Judge King
FRANKLIN COUNTY, OHIO, et al.,

         Defendants.
```

                                ORDER

The Court conferred with counsel for the parties on March 28, 2012 in connection with plaintiff's motion for an extension of the pretrial schedule, Doc. No. 27.

Defendants will substantively respond to plaintiff's discovery requests no later than April 2, 2012.

The pretrial schedule is hereby **EXTENDED** as follows:

Motions or stipulations for leave to amend the pleadings will be filed, if at all, by April 30, 2012.

The reports of primary experts will be produced, consistent with Fed. R. Civ. P. 26(a)(2), by May 31, 2012. The reports of rebuttal experts will be produced, consistent with Fed. R. Civ. P. 26(a)(2), by June 30, 2012.

All discovery must be completed by July 31, 2012.

Motions for summary judgment may be filed no later than August 31, 2012.

This case will be available for final pretrial conference in December 2012, or as soon thereafter as the Court's calendar permits.

If any date herein falls on a weekend or holiday, the following business day controls.

March 28, 2012                              *s/Norah McCann King*
                                         Norah M<sup>c</sup>Cann King
                                     United States Magistrate Judge